# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAX PREJEAN

VERSUS

WARDEN ROLAND RODRIGUE,
ASSISTANT WARDEN CONRAD
LEWIS, ASSUMPTION PARISH
DETENTION CENTER, SHERIFF
LELAND FALCON, EX OFFICIO
ASSUMPTION PARISH SHERIFF'S
OFFICE, AND DR. KEITH LANDRY

NO.  2024 CW 1214

MARCH 14, 2025

---

In Re:     Dax Prejean, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Assumption, No.
           38291.

---

**BEFORE:     THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's October 9, 2024
judgment granting the dilatory exception of prematurity filed by
defendant, Dr. Keith Landry, and dismissing relator's claims
against defendant without prejudice is an appealable judgment. See
La. Code Civ. P. art. 1915 (A)(1). Therefore, the writ is granted
for the limited purpose of remanding the case to the district court
with instructions to grant relator, Dax Prejean, an appeal in
compliance with La. Code Civ. P. art. 1915 (A)(1) pursuant to the
pleading that notified the district court of relator's intention
to seek writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989)
(*per curiam*). Additionally, a copy of this court's order is to be
included in the appellate record.

                         MRT
                         CHH
                         BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT